

2008 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-6-2008

# USA v. Davis

Precedential or Non-Precedential: Non-Precedential

Docket No. 05-2723

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2008

Recommended Citation

"USA v. Davis" (2008). *2008 Decisions.* Paper 1472.
http://digitalcommons.law.villanova.edu/thirdcircuit_2008/1472

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2008 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 05-2723

UNITED STATES OF AMERICA

v.

TYE DAVIS

Appellant.

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(No. 04-cr-00040-1)
District Judge: Hon. Sylvia H. Rambo

Submitted Under Third Circuit LAR 34.1(a)
February 1, 2008

Before: RENDELL and CHAGARES, <u>Circuit</u> <u>Judges</u>, and POLLAK,[*] <u>District</u> <u>Judge</u>.

(Filed:  March 6, 2008)

OPINION OF THE COURT

CHAGARES, <u>Circuit</u> <u>Judge</u>.

_____

[*]     Honorable Louis H. Pollak, Senior Judge of the United States District Court for the Eastern District of Pennsylvania, sitting by designation.

Appellant Tye Davis appeals his sentence stemming from his participation in a drug-trafficking conspiracy. Whereas the Government concedes that the District Court wrongfully applied a mandatory Guideline regime in sentencing Tye Davis, we will remand for resentencing in accordance with United States v. Booker, 543 U.S. 220 (2005).[2]

---

[2] This Court notes that the defendant also contends that there is an outstanding motion to suppress still pending before the District Court.